# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

John A. Cerino
CLERK



Unit 18
844 N. King Street
U.S. Courthouse
Wilmington, DE 19801
(302) 573-6170
www.ded.uscourts.gov

June 13, 2017

Rex A. Donnelly, IV, Esquire
RatnerPrestia, P.C.
1007 Orange Street, Suite 205
P.O. Box 1596
Wilmington, DE 19801

**Re: Desmond, et al. v. Phelps, et al. 12-cv-1120-SLR**

Dear Mr. Donnelly:

    Enclosed is a document sent by your client to Judge Robinson on 6/13/2017. The documents will not be docketed by the Clerk's Office nor forwarded to defendants' counsel. Kindly advise your client that the court will not in the future review any documents from him so long as he is represented by counsel, unless the documents are forwarded to the court through counsel.

    Thank you for your assistance and cooperation.

Sincerely,

John A. Cerino
Clerk of Court

w/ enclosure
w/o enclosure: Christopher Desmond