

REX A. DONNELLY
DIRECT DIAL: 302-778-3460
Email: radonnelly@ratnerprestia.com

February 1, 2018

The Honorable Richard G. Andrews
United States District Court
District of Delaware

      RE:    Civ. No. 12-1120-RGA

Dear Judge Andrews:

      This letter accompanies a joint proposed amended scheduling order filed in the above-captioned case. The prior scheduling order included a trial date, but the parties have exchanged settlement proposals and are making progress, and therefore ask the Court to move the trial date to one consistent with the proposed scheduling order, or to leave the trial date open as the parties continue to exchange proposals and attempt to resolve the case or at least minimize the number of issues for trial.

Sincerely,

| RatnerPrestia | State of Delaware, Department of Justice |
|---|---|
| _/s/ Rex A. Donnelly_ | _/s/ Ryan P. Connell_ |
| Rex A. Donnelly (#3492) | Ryan P. Connell (#5423) |
| Glenn E. J. Murphy (#2958) | Deputy Attorney General |
| Christopher H. Blaszkowski (#5673) | 820 N. French Street, 6th Floor |
| 1007 Orange Street, Suite 205 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 577-8400 |
| (302) 778-2500 (phone) | Ryan.Connell@state.de.us |
| 302-778-2600 (fax) | |
| radonnelly@ratnerprestia.com | Attorney for Defendants |
| gmurphy@ratnerprestia.com | |
| cblaszkowski@ratnerprestia.com | |
| | |
| Attorney for Plaintiffs | |